IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON, SR.,

    Plaintiff,                                   No. CIV S-05-1573 GEB DAD P

    vs.

CALIFORNIA SUPREME COURT, et al.,

    Defendants.                               <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se with a pleading titled "Petition for Writ of Mandate." The Clerk of the Court has construed plaintiff's pleading as a prisoner civil rights action seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff has not applied for leave to proceed in forma pauperis and has not paid the $250.00 filing fee applicable to every civil action filed in a United States District Court. <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee or file a properly completed application to proceed in forma pauperis.

        Plaintiff identifies the California Supreme Court as "Respondent" and California Medical Facility as "Real Party in Interest" in this action. Plaintiff commences his pleading with a request "for the issuance of a Writ of Mandamus directed to the California Supreme Court, Respondent, whereby an order is sought to compel the lower courts to reach the merits of

1

petitioner's claims." It appears from plaintiff's mistaken reference to the state courts as "lower" courts that he believes the United States District Court serves as an appellate court for state court decisions in civil matters. Plaintiff is in error. A party who is dissatisfied with the resolution of a civil matter in the state courts must seek relief in the United States Supreme Court. This court is not authorized to order the California Supreme Court or any other state court to address the merits of plaintiff's claims. If plaintiff chooses to proceed with this action, his pleading will be dismissed with leave to file an amended complaint that cures the jurisdictional deficiency of his improper petition for writ of mandate.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days to submit either the $250.00 filing fee or a properly completed application to proceed in forma pauperis on the form attached to this order. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: August 15, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
jack1573.3a

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RAYMOND D. JACKSON SR.,

        Plaintiff

  vs.

CALIFORNIA SUPREME COURT, et al.,

        Defendants

**APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER**

**CASE NUMBER:** No. CIV S-05-1573 GEB DAD P

I, _____, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☐ Yes ☐ No  (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. _____

   **Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed?   ☐ Yes ☐ No

   a. If the answer is "Yes" state the amount of your pay.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes     ☐ No
   b. Rent payments, interest or dividends          ☐ Yes     ☐ No
   c. Pensions, annuities or life insurance payments ☐ Yes    ☐ No
   d. Disability or workers compensation payments   ☐ Yes     ☐ No
   e. Gifts or inheritances                          ☐ Yes     ☐ No
   f. Any other sources                              ☐ Yes     ☐ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash or checking or savings account?    ☐ Yes    ☑ No

   If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☐ No

   If "Yes" describe the property and state its value. _____

6. Do you have any other assets?    ☐ Yes    ☐ No

   If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

       I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

   I declare under penalty of perjury that the above information is true and correct.

_____    _____
        DATE                                       SIGNATURE OF APPLICANT


## CERTIFICATE
(To be completed by the institution of incarceration)

    I certify that the applicant named herein has the sum of $_____ on account to his/her credit at

_____ (name of institution).   I further certify that during the past six months

the applicant's average monthly balance was $_____.  I further certify that during the past six months the

average of monthly deposits to the applicant's account was $_____.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_____    _____
        DATE                                      SIGNATURE OF AUTHORIZED OFFICER

ifpform.non-hab (rev. 7/02)

INFORMATION TO PRISONERS SEEKING LEAVE TO
PROCEED WITH A CIVIL ACTION IN FEDERAL COURT
IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

In accordance with 1996 amendments to the in forma pauperis (IFP) statute, as a prisoner you will be obligated to pay the full filing fee of $250.00 for a civil action.  If you later file an appeal, the filing fee for the appeal is $105.00.

If you have the money to pay the filing fee, you should send a cashier's check or money order to the court.

If you do not have enough money to pay the full filing fee, you can file the action without prepaying the filing fee.  You must file a properly completed application to proceed in forma pauperis.  If the court grants your application, the court will determine whether an initial partial filing fee must be assessed.  The initial partial filing fee will be equal to 20 percent of the average monthly deposits to your prison or jail account for the six months immediately preceding the filing of the lawsuit, or 20 percent of the average monthly balance in your prison or jail account for that same six month period, whichever is greater.  The court will order the agency that has custody of you to collect that initial partial filing fee from your prison or jail account as soon as funds are available and to forward the money to the court.  After any initial partial filing fee has been paid, you will owe the balance of the filing fee.

Until the filing fee is paid in full, each month you will be required to pay 20 percent of your preceding month's income toward the balance.  The agency that has custody of you will collect that money and send payments to the court any time the amount in the account exceeds $10.00.  The balance of the filing fee will be collected even if your case is later dismissed, summary judgment is granted against you, or you fail to prevail at trial.

In order to proceed with an action in forma pauperis you must complete and return the attached form.  You must have a prison or jail official complete the Certificate section on the form and attach a certified copy of your prison or jail account statement for the last six months.  If you submit an incomplete form or do not submit a prison or jail account statement with the form, your request to proceed in forma pauperis will be denied.

Regardless of whether some or all of the filing fee has been paid, the court is required to screen your complaint and dismiss the complaint if the court determines (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim on which relief can be granted; or (4) you sue a defendant for money damages and that defendant is immune from liability for money damages.

If you file more than three actions or appeals while you are a prisoner which are dismissed as frivolous or malicious or for failure to state a claim on which relief can be granted, then you will be prohibited from bringing any other actions in forma pauperis unless you are in imminent danger of serious physical injury.

ifpinfo (rev 12/96)