1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  RAYMOND D. JACKSON, SR.,

12          Plaintiff,              2:05-cv-1573-GEB-DAD-P

13      vs.

14  CALIFORNIA SUPREME COURT,
    et al.,

15
            Defendants.            ORDER
16  _____/

17          Plaintiff, a state prisoner proceeding pro se, has

18  filed this civil rights action seeking relief under 42 U.S.C.

19  § 1983.  The matter was referred to a United States Magistrate

20  Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General

21  Order No. 262.

22          On September 27, 2005, the magistrate judge filed

23  findings and recommendations herein which were served on

24  plaintiff and which contained notice to plaintiff that any

25  objections to the findings and recommendations were to be filed

26

                              1

1  within twenty days.  Plaintiff has filed objections to the

2  findings and recommendations.

3        In accordance with the provisions of 28 U.S.C.

4  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a

5  de novo review of this case.  Having carefully reviewed the

6  entire file, the court finds the findings and recommendations to

7  be supported by the record and by proper analysis.

8        Accordingly, IT IS HEREBY ORDERED that:

9        1.  The findings and recommendations filed September

10  27, 2005, are adopted in full; and

11        2.  This action is dismissed without prejudice.

12  Dated:  October 25, 2005

13

14                 /s/ Garland E. Burrell, Jr.
               GARLAND E. BURRELL, JR.

15                 United States District Judge

16

17

18

19

20

21

22

23

24

25

26